Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
**Hyde & Swigart**
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone:   (619) 233-7770
Facsimile:    (619) 297-1022

Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
Matthew M. Loker (SBN: 279939)
ml@kazlg.com
**KAZEROUNI LAW GROUP, APC**
2700 N. Main Street, Suite 1000
Santa Ana, California 92705
Telephone:   (800) 400-6808
Facsimile:    (800) 520-5523

Todd M. Friedman
tfriedman@attorneysforconsumers.com
**Law Offices of Todd M. Friedman**
369 South Doheny Drive, Suite 415
Beverly Hills, CA 90211
Telephone:   (877) 206-4741
Facsimile:    (866) 633-0228

Attorneys for the Plaintiff, Jed Alexander

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Jed Alexander, Individually and On Behalf of all Others Similarly Situated,**<br><br>Plaintiff,<br><br>v.<br><br>**Amsher Collection Services, Inc.,**<br><br>Defendant. | Case Number: 3:12-cv-02585-JAH-BGS<br><br>**NOTICE OF SETTLEMENT** |

1  NOTICE IS HEREBY GIVEN that this case has been settled in its entirety, on an individual basis.  The Parties anticipate filing a Joint Motion for Dismissal with prejudice as to the named plaintiff and without prejudice as to the putative class within 30 days.  Plaintiff requests that all pending dates and filing requirements be vacated and that the Court set a deadline on or after June 30, 2013 for filing a joint dismissal.

Respectfully submitted,

**HYDE & SWIGART**

Date: June 5, 2013          By: /s/ Joshua Swigart
                                Joshua B. Swigart
                                Attorneys for Plaintiff