Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
**HYDE & SWIGART**
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone:   (619) 233-7770
Facsimile:    (619) 297-1022

Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
Matthew M. Loker (SBN: 279939)
ml@kazlg.com
**KAZEROUNI LAW GROUP, APC**
2700 North Main Street, Suite 1000
Santa Ana, CA 92705
Telephone:   (800) 400-6808
Facsimile:    (800) 520-5523

Todd M. Friedman (SBN: 216752)
tfriedman@attorneysforconsumers.com
**LAW OFFICES OF TODD M. FRIEDMAN**
369 South Doheny Drive, Suite 415
Beverly Hills, CA 90211
Telephone:   (877) 206-4741
Facsimile:    (866) 633-0228

Attorneys for Plaintiff, Jed Alexander

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JED ALEXANDER, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>V.<br><br>AMSHER COLLECTION SERVICES, INC.,<br><br>Defendant. | **Case No: 3:12-cv-02585-JAH-BGS**<br><br>**JOINT MOTION FOR DISMISSAL WITH PREJUDICE AS TO THE NAMED PLAINTIFF AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS**<br><br>**HON. JOHN A. HOUSTON** |

Plaintiff **JED ALEXANDER,** (hereinafter "Plaintiff") and Defendant **AMSHER COLLECTION SERVICES, INC.** (hereinafter "Defendant"), move to dismiss the above entitled action with prejudice as to the named Plaintiff and without prejudice as to the putative class.

The Parties agree that this Court can proceed to dismiss this action with prejudice as to the named Plaintiff and without prejudice as to the Putative Class. This Court retains jurisdiction to enforce the settlement of this action.

Dated: July 2, 2013          **HYDE & SWIGART**

　　　　　　　　　　　　　　　 /s/ Joshua B. Swigart
　　　　　　　　　　　　　　　Joshua B. Swigart
　　　　　　　　　　　　　　　Attorney for Plaintiff

Dated: July 2, 2013          **CARLSON AND MESSER, LLP**

　　　　　　　　　　　　　　　 /s/ David J. Kaminski
　　　　　　　　　　　　　　　David J. Kaminski
　　　　　　　　　　　　　　　Attorney for Defendant

### Signature Certification

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to David J. Kaminski, counsel for Defendant, and that I have obtained Mr. Kaminski's authorization to affix his electronic signature to this document.

Dated: July 2, 2013          **HYDE & SWIGART**

　　　　　　　　　　　　　　　/s/Joshua B. Swigart
　　　　　　　　　　　　　　　Joshua B. Swigart
　　　　　　　　　　　　　　　Attorneys for the Plaintiff