# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JED ALEXANDER, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br>V.<br><br>AMSHER COLLECTION SERVICES, INC.,<br><br>Defendant. | Case No: 3:12-cv-02585-JAH-BGS<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL WITH PREJUDICE AS TO THE NAMED PLAINTIFF AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS**<br><br>**HON. JOHN A. HOUSTON** |

Based upon the Joint Motion for Dismissal, and good cause, this Court hereby orders the action to be, and is, dismissed with prejudice as to the named Plaintiff and without prejudice as to the Putative Class.

IT IS SO ORDERED.

Dated: July 11, 2013

JOHN A. HOUSTON
UNITED STATES DISTRICT JUDGE